**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-4423**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LANCE BISHOP STEGLICH, a/k/a Robert Rock,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-00-63)

Submitted: November 14, 2001      Decided: November 21, 2001

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter J. Schwartz, Walter F. Green, IV, LAW OFFICE OF WALTER GREEN, Harrisonburg, Virginia, for Appellant. John L. Brownlee, United States Attorney, Ray B. Fitzgerald, Jr., Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lance Bishop Steglich appeals his 200-month sentence imposed after a guilty plea to conspiracy to possess with intent to distribute cocaine base, in violation of 21 U.S.C. § 846 (1994). We review a district court's findings of fact for clear error and give due deference to the district court's application of the guidelines to the facts. United States v. Daughtrey, 874 F.2d 213, 217 (4th Cir. 1989). Finding no error, we affirm.

Steglich's only assignment of error on appeal is that the district court erred in applying a two-point offense level enhancement for committing the instant offense while under a criminal sentence. See U.S. Sentencing Guidelines Manual § 4A1.1(d) (2000). We find there was sufficient evidence to support the enhancement. Accordingly, we affirm Steglich's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED